IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| DASHAUN MCCRAY, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Case No. 2:22-cv-02154-DDC-ADM |
| DENIS McDONOUGH, in his capacity as Secretary of the Department of Veterans Affairs, | ) |
| Defendant. | ) |

## MOTION TO DISMISS

The United States, on behalf of Denis McDonough, Secretary of the Department of Veterans Affairs, by and through United States Attorney for the District of Kansas Duston J. Slinkard and Assistant United States Attorney Brian E. Vanorsby, moves this Court to dismiss Plaintiff's action for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). In accordance with D. Kan. Rules 7.1 and 7.6, the United States is filing a separate memorandum in support hereof.

Respectfully submitted,

DUSTON J. SLINKARD
United States Attorney
District of Kansas

/s/ Brian E. Vanorsby
Brian E. Vanorsby, KS #27606
Assistant United States Attorney
United States Attorney's Office
District of Kansas
1200 Epic Center
301 N. Main |Wichita, Kansas 67202
Office: 316.269.6103
Fax: 316.269.6484
brian.vanorsby@usdoj.gov
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

  I further certify that on June 28, 2022, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

  Rebecca M. Randles
  RANDLES MATA, LLC
  851 NW 45th Street, Suite 310
  Kansas City, MO 64116
  *Attorney for Plaintiff*

                /s/ Brian E. Vanorsby
                Brian E. Vanorsby
                Assistant United States Attorney