# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| DASHAUN MCCRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-02154-DDC-ADM |
| | ) |
| DENIS McDONOUGH, M.D., Secretary | ) |
| Department of Veterans Affairs | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION TO RECONSIDER

COMES NOW the Plaintiff by and through her attorney and moves the Court to Reconsider its ruling on Defendant's Motion to Dismiss. As grounds for this motion, Plaintiff states that the infirmities found in the original complaint may be corrected through the amendment of the complaint to add additional facts. As leave to amend should be liberally granted, Plaintiff has filed the Motion to Amend.

1. Plaintiff filed her complaint on or about April 22, 2022. Thereafter, Defendants submitted their Motions to Dismiss. The Court ruled on their motions within the past 14 days.

2. Plaintiff requests the opportunity to amend and add specific incidents of harassment and discrimination to her complaint. Defendant has argued that Plaintiff's petition contains a paucity of facts. Because the facts do exist, Plaintiff requests the opportunity to amend and add those facts to the petition.

3. Additionally, Plaintiff requests the Honorable Court to reconsider its ruling.

WHEREFORE, Plaintiff requests the Honorable Court to Reconsider the Defendant's Motion to Dismiss based upon additional legal arguments and her Motion to Amend her Petition and add more particularized facts to her petition.

Respectfully submitted,

*/s/ Rebecca M. Randles*
REBECCA M. RANDLES   KS #16832
**RANDLES MATA, LLC**
851 NW 45th Street
Suite 310
Gladstone, Missouri 64116
(816) 931-9901
(816) 931-0134 (FAX)
rebecca@randlesmatalaw.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2023, I electronically filed a true and correct copy of this document with the Clerk of the Court for the United States District Court, District of Kansas, by using the federal eFiling System. Participants in the case who are registered users will be served by the federal eFiling System.

*/s/ Rebecca M. Randles*
Attorney for Plaintiff