# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DASHAUN MCCRAY, | ) |
|        Plaintiff, | ) |
| vs. | ) Case No. 2:22-cv-02154-DDC-ADM |
| DENIS McDONOUGH, in his capacity as Secretary of the Department of Veterans Affairs, | ) |
|        Defendant. | ) |

## MOTION FOR SUMMARY JUDGMENT

The United States, on behalf of Denis McDonough, Secretary of the Department of Veterans Affairs, by and through United States Attorney for the District of Kansas Kate E. Brubacher and Assistant United States Attorney Brian E. Vanorsby, moves this Court for summary judgment pursuant to Fed. R. Civ. P. 56. In accordance with D. Kan. Rules 7.1, 7.6, and 56.1, the United States is filing a separate memorandum in support hereof.

Respectfully submitted,

KATE E. BRUBACHER
United States Attorney
District of Kansas

/s/ Brian E. Vanorsby
Brian E. Vanorsby, KS #27606
Assistant United States Attorney
United States Attorney's Office
District of Kansas
1200 Epic Center
301 N. Main | Wichita, Kansas 67202
Office: 316.269.6481 | Fax: 316.269.6484
brian.vanorsby@usdoj.gov
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2023, the foregoing document was electronically filed by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants at the time of the filing.

                                                        */s/ Brian E. Vanorsby*
                                                        Brian E. Vanorsby
                                                        Assistant United States Attorney