**From:** McCray, DaShaun
**Sent:** Friday, January 31, 2020 12:02 PM
**To:** Cummings, Robert V.
**Cc:** Duda, Ruth
**Subject:** Consult Backlog 1-31-20
**Attachments:** Consult Backlog 1-31-20.docx

Sir,

Is this what you are looking for? I have went over this with the Lead MSA and we see this as an appropriate plan if we are able to get the staff from department X. We currently have 6 fully operable work stations available and 4 chairs.

To Sustain we would need to add the 4 additional MSA's to finish covering our current teams and anticipated 1 new team. Once we know how the RCT affects Community Care we would address the need based on increased workload.

Very Respectfully,

DaShaun

1

EXHIBIT
X

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    USA_001469

Consult Scheduling Backlog

Number of consults 1/31/20:

    2183

Number of hours needed:

    600 hours

Required Staff Standard Knowledge:

    Ability to contact veteran via phone, access to Right Fax, PPMS, CTM and HSRM. Ability to schedule in HSRM, Tri-West and VISTA Package

Assigned Task:

    Scheduling

Time per task:

    15 min per consult

Number per week:

    160 in 40 hour week with scheduling being the only duty

FTEE:

5 to complete task in 3 weeks $5*40*3 = 600$ hours

Number of Staff for scheduling to complete 2183 backlog is 5 for 3 weeks with one week added for training a total of 4 weeks.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
USA_001470

| | |
|---|---|
| **From:** | McCray, DaShaun |
| **Sent:** | Friday, January 31, 2020 3:07 PM |
| **To:** | Cummings, Robert V.; Duda, Ruth |
| **Subject:** | RE: Consult Backlog 1-31-20 |

The numbers I have sent in the word documents can be plugged in there. I will bring to my meeting with you at 3:30

*DaShaun M. McCray BSN, RN, CCM*
*Nurse Manager Care in the Community*
*Robert J. Dole VAMC*
*5500 E. Kellogg*
*Wichita, Kansas 67218*
*Phone: 316-685-2221 ext 52734*

**From:** Cummings, Robert V. <Robert.Cummings@va.gov>
**Sent:** Friday, January 31, 2020 3:03 PM
**To:** McCray, DaShaun <DaShaun.McCray@va.gov>; Duda, Ruth <Ruth.Duda@va.gov>
**Subject:** RE: Consult Backlog 1-31-20

**If I were attempting to look at resolution of backlog and recommending a sustainability plan, it would look something like the attached.**

**The volume numbers are fictional since I do not know current backlog or number per month or time required per task. Formulas are entered to perform the calculations.**

**From:** McCray, DaShaun <DaShaun.McCray@va.gov>
**Sent:** Friday, January 31, 2020 12:26 PM
**To:** Duda, Ruth <Ruth.Duda@va.gov>
**Cc:** Cummings, Robert V. <Robert.Cummings@va.gov>
**Subject:** RE: Consult Backlog 1-31-20

We have 15 RN's and are adding 1. We will have to address the Care Coordination and how it affects our process. We must asses each performance measure independently. I am working on scheduled consult for closure right now.

*DaShaun M. McCray BSN, RN, CCM*
*Nurse Manager Care in the Community*
*Robert J. Dole VAMC*
*5500 E. Kellogg*
*Wichita, Kansas 67218*
*Phone: 316-685-2221 ext 52734*

**From:** Duda, Ruth <Ruth.Duda@va.gov>
**Sent:** Friday, January 31, 2020 12:22 PM

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**To:** McCray, DaShaun <DaShaun.McCray@va.gov>
**Subject:** RE: Consult Backlog 1-31-20

Question, in the sustain section, by omission, it appears we do not need any additional nursing staff.
Is that what you are saying?
This is being compared to the staffing model numbers presented to the Pentad and submitted to the VISN. Those number reflected 6 more RN's.
Ruth

**From:** McCray, DaShaun <DaShaun.McCray@va.gov>
**Sent:** Friday, January 31, 2020 12:02 PM
**To:** Cummings, Robert V. <Robert.Cummings@va.gov>
**Cc:** Duda, Ruth <Ruth.Duda@va.gov>
**Subject:** Consult Backlog 1-31-20

Sir,

Is this what you are looking for? I have went over this with the Lead MSA and we see this as an appropriate plan if we are able to get the staff from department X.  We currently have 6 fully operable work stations available and 4 chairs.

To Sustain we would need to add the 4 additional MSA's to finish covering our current teams and anticipated 1 new team. Once we know how the RCT affects Community Care we would address the need based on increased workload.


Very Respectfully,

DaShaun

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER