I've been assigned to perform interviews for an HR matter that includes review of the departmental function in general.   All information provided is confidential and is only reported to HR.

Lori Lewis -

**What is your position and what are your daily responsibilities/duties/routine? Same each day? Assigned by someone?**

Transfer nurse – RN;  dept CITC

Biggest responsibility is veteran in (all community care) community ED or admissions patient and whether they qualify for fee payment, Medicare/Medicaid, other insurance. If fee or mill bill, then will follow, or turn over to insurance. Find resources for patient to get what they need, correlate with rehab or social services or home health. Entering info so facility can get paid, review for medical necessity, what's going on with veteran and what resources will they need to follow up. Role – transfer of patient from one facility to the VA facility for the care they need (for example: do they need ENT or can we take care of them here). Watch portal for Tri-West to monitor patients move between facilities or home and get their needs met and paid for appropriately. Mostly determining who is going to pay bill. Same most days. Hired to work non-VA care, but opportunity to do transfers and became relief person for the transfer person. Too much work with own duties so decided to do just the transfer when position became available.

**Do you have specific complaints about the department functionality? Please describe. Is there anyone to back up these claims, ie. Witness?** Complaints about department – started end of May into June. Approached by another employee, Kathy Salazar, from another department as to whether she could sit by her. Sat by this person before and hadn't had any problems before. Wrote note to state this. Note went to employee who asked her for it. Enjoyed sitting by her, worked well. Personally, had no problems. But, in June, Lori's boss, Ruth Duda, stood outside her cubicle, where it could have been overheard by others and told her that she was not smart enough to continue working in the department and that she should start looking for another job, given the way the department is moving.  Lori's perception was that she was too stupid to do her job. Felt like she was being nit-picked and being more closely watched. Stressed about this affecting her work and health (now on heartburn meds, nauseated, anxiety meds now, little sleep because feels worried about what she might have made a mistake on). Feels like her annual review was unfair and wrong. Her load is running 17:9 compared to other employees on a regular basis. Work is assigned by alpha numeric for names. Not offered overtime pay, but felt like she needed to do the overtime to keep from getting fired. Stress is causing her to make more mistakes. Boss now refuses to meet with her to discuss.

0700-1530. called in sick one time for diarrhea and came in next day was chastised that she shouldn't have missed a day. Dawn Campbell was nasty and hateful to her. Told her that she had no respect to Dawn. Tone very nasty. Noticed that her hours were changed to 0800-1630 for some reason, permanent change, got an email the day she was sick so found out when she came back. Works thru lunch and only goes to bathroom for breaks. Is getting higher and higher workload, not goofing off, but feels like is overworked compared to others.

Has gone outside of her way to avoid making either one Ruth or Dawn angry or upset for any reason. For example, she drove back from Columbia MO during a blizzard just so she wouldn't miss another day


EXHIBIT Y

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

See above. Feels like others are getting in on the belittling of her and maybe even others now.

**Do you have any ethical or safety concerns?**

Yes, worried about her identity being out there, worried about her name being slandered.

Most of the troubling discussions occur with Ruth by her cubicle talking with her.

Worried about someone from National coming to talk with her, but unaware of reasons for this, Ruth has told her that this is happening and Ruth states she has to find a way to protect her. Now her work performance has declined even more. Anxiety is getting worse by the day. Afraid to come back from vacation and not know what changes have been made that she isn't aware of.

**If you could make recommendations to make your work environment better, what would it be?**

To leave the department. Doesn't feel like she will get a fair shake in the department. Has multiple pages of documentation of issue, tries to do the best she can and feels greater anxiety each day as to what will she mess up today.

**Do you feel you have a cohesive team at this facility? What would you recommend to make it better?**

No, not a team at all. Takes people who want to be a team, some only help certain people (MSA). Does not feel like she is supported by anyone and that she will not win in this battle.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER