**From:** McCray, DaShaun
**Sent:** Friday, January 31, 2020 11:07 AM
**To:** Warren, Joni J.; Duda, Ruth
**Subject:** RE: CTM

Joni,

CTM can be used to it's full capacity. I am not sure if the appointing letters are in CTM as I was informed by Pam it was just the 14 day letter. As to removing the spreadsheet, this will have to be discussed among OCC Leadership.

Thank you,

*DaShaun M. McCray BSN, RN, CCM*
*Nurse Manager Care in the Community*
*Robert J. Dole VAMC*
*5500 E. Kellogg*
*Wichita, Kansas 67218*
*Phone: 316-685-2221 ext 52734*

**From:** Warren, Joni J. <Joni.Warren@va.gov>
**Sent:** Friday, January 31, 2020 11:03 AM
**To:** Duda, Ruth <Ruth.Duda@va.gov>
**Cc:** McCray, DaShaun <DaShaun.McCray@va.gov>
**Subject:** FW: CTM
**Importance:** High

Good morning,

Can we please get clarification regarding WHAT we can use CTM for now?

I am thinking we can use it for tracking and stop utilizing the group spreadsheets (this possibility was mentioned in previous a previous), as well as the OCC letter templates.

**From:** Dial, Elizabeth <ELIZABETH.DIAL@va.gov>
**Sent:** Tuesday, January 28, 2020 5:34 PM
**To:** VHAWIC CITC MSA <VHAWICCITCMSA@va.gov>
**Subject:** CTM
**Importance:** High

Team-

If you have received training for CTM, you may begin working within this application.

Thank You-
Elizabeth

*Elizabeth Dial*


EXHIBIT H

1

*Supervisor- Program Specialist*
*Community Care*
*Robert J Dole VA*
*Wichita, KS  67218*
*elizabeth.dial@va.gov*
*(316) 239-2721*



**through '*Teamwork*'**
*Alone we can do little; together we can do much.*
                    *Helen Keller*

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                        USA_001468