| | |
|---|---|
| **From:** | McCray, DaShaun |
| **Sent:** | Friday, February 14, 2020 4:24 PM |
| **To:** | Duda, Ruth |
| **Cc:** | Brown, Heather (WIC) |
| **Subject:** | RE: meeting on 2/14/2020 |

Ruth,

Unfortunately you slandered me and discredited my abilities in front of a person at that time was my only sounding board. To state allegations in front of her and try to build a case against me from what the nurses are stating to you was less than what I see of someone trying to assist me in being a better leader.  You would have did better by bringing the nurse and I together and coaching me in front of the nurse. Although, I am glad you did that how you did.

Very respectfully,

*DaShaun M. McCray MBA, BSN, RN, CCM*
*Nurse Manager Community Care*
*Robert J. Dole VAMC*
*5500 E. Kellogg*
*Wichita, Kansas 67218*
*Phone: 316-685-2221 ext 52734*

**From:** Duda, Ruth <Ruth.Duda@va.gov>
**Sent:** Friday, February 14, 2020 4:12 PM
**To:** McCray, DaShaun <DaShaun.McCray@va.gov>
**Cc:** Brown, Heather (WIC) <Heather.Brown_7@va.gov>
**Subject:** meeting on 2/14/2020

DaShaun
This is a recap of today's meeting to assist keeping us on the same page.
These weekly meetings will be conducted and to mirror those I have with Dr. Cummings. The intent is information sharing by both parities as well as to assist in training to be a strong leader. This is why Heather Brown was invited, as you had told me she is your mentor to assist with professional growth and development. Thank you Heather for attending.
Items Reviewed:
1) I was informed this am that ALL radiation oncology will be routed through KC VA first as an IFC. They will do the reach out call as part of the RCI and then forward the consult to OCC if need be. You raised a valid point to see if the radiation oncology has been pulled from the SECOC. Thank you for following up on that issue. Please let Pam B and myself know.

2) Sunshine Vanderboom's last day to process consults will be 3/26/2020. The administrative decision to assist with coverage will be a joint effort between OCC RN staff and ARNP from PC.
For grandfather eligible veterans and any RFS received for a grandfather eligible veteran; the OCC RN will receive the consult, gather all clinical information needed to do a clinical review and apply IQ criteria.
If met, the OCC RN will enter the appropriate consult under the ARNP's name, the consult be entered as hold for signature.

1

EXHIBIT
K

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

USA_001151

If the criteria is not met, we follow IQ process and first request additional information from the ordering community provider, once received, if meets criteria proceed as above. If it still does not meet criteria then send the request to the ARNP for medical determination and disposition. At that point the ARNP will enter the consult.
This will be a good trial as we approach the CPO process.

3) I confirmed with HR that for staffing requests the Chief of the Service does present, however the preparation of staffing request does not have to be the Chief of the service. This is within the expectations of Nurse Managers and therefore I am providing you with the opportunity to take control of your staffing and prepare the request for intermittent RN staffing. I have provided a sample of my past staffing proposals to assist.

4) Reflecting upon the transfer nurse meeting held on Friday, Feb. 7, 2019 and Janelle's request to leave the team post meeting. I would like to provide feedback to you on how you were perceived by not only myself but Ms. Adams. Ms. Adams was given autonomy to lead the transfer team as part of a way to earn her Nurse 2, therefore she had prepared the handout of processes tried-successes and failures. However, at the meeting in front of the entire team, you took all leadership away from Janelle and it appeared you were also taking credit for all progress made and what was to be implemented in the future, with little input from the staff. Janelle came into my office several days later and stated she felt undermined and all the effort to gel and create a successful team was worth her effort and stress. She additional stated she felt nothing was being done about Lori's lack of customer service and attitude to be a team player. I assured her you were aware and that is all I could share. I appreciated you voicing your perspective that you were unaware of Janelle being asked to 'lead the team' but did acknowledge the conversation that we had discussed this would be a good way for her to earn her Nurse 2. I appreciate you voicing it was never any intent to upset or take away from Janelle.

5) I need you to focus on managing the nurses and allow Ms. Dial to manage the MSA as she is the Program Specialist Supervisor. You stated you understood.

6) When in meetings, be it is always good practice to always show respect and if you feel there is an error, allow a way to 'save face'. Be it with the Pentad or in the staff meeting. On Tues to address the backlog, you announced very blatantly, 'Ruth was wrong' . You did not correct yourself until I cleared my throat and stated, I was given wrong information. Therefore, the misguidance was unintentional.  By your denial of making the statement, I will surmise that it was not intentional to show any disrespect.

Ruth Duda, RN, BSN, MBA, MHC
Chief of Community Care
Robert J Dole VA
Wichita, KS
(316)685-2221 X57073

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER