# FY 2020 ECF PERFORMANCE STANDARD-NURSE MANAGER

Overall Guidance: FY 2019 Performance Plan Template will address: 1) Strategic Intent 2) Demonstrate Performance, and 3) Integrity within each of the 5 critical elements reflecting supervisory core qualifications

| Performance Standard | Critical/ Non-critical Element | Fully Successful | Exceptional |
|---|---|---|---|
| **Leading Change (20%)** *Develops and implements an organizational vision that integrates key program goals, priorities, values, and other factors by establishing and sharing best practices to address two or more quality issues<br><br>*Assesses and adjust to changing situations making organizational improvements<br><br>*Creates a work environment that encourages creative thinking, collaboration, and transparency; and maintaining program focus.<br><br>*Supports organization movement of 'Just Culture' as well as demonstrating a High Reliability Organization (HRO)<br><br>*Implement Whole Health Standards | Critical | Submission of one best practices for -yellow belt or Assist in remediating underperforming services Uses data to assist with team Assignments and workload Distribution.<br><br>Discuss Just Culture and HRO at staff meetings twice a year, include case study and decision tree<br><br>Staff can verbalize a clear understanding of whole health and use of appropriate consults for WHS. WHS consult data to be tracked and trended to utilization | FS plus documented sustained or meaningful improvement of implemented, adopted/replicated best practice<br><br>FS plus: able to demonstrate how HRO was utilized in decision making process and/or disciplinary actions<br><br>FS Plus: produce trended data with monitor to appropriateness of consults |



EXHIBIT
N

| Performance Standard | Critical/Non-critical Element | Fully Successful | Exceptional |
|---|---|---|---|
| *Demonstrates VA Core Values. Creates an environment that ensures all employees clearly understand VA Core Values and the requirement to demonstrate them: Integrity, Commitment, Advocacy, Respect, Excellence. (I CARE) | Critical | Self-demonstrate ICARE values by being engaged and visible to staff. Will hold and document monthly staff meetings, will review and analyze consult data to ensure accuracy and timeliness of consults. | FS Plus: Will conduct bi-weekly staff meetings. And submit strategies to overcome obstacles FS changed to bi-weekly staff meetings. |
| *Promotes a learning environment through feedback, coaching, development plans, access to training, and timely completion of mandatory training. | | will participate in EOC rounds | FS Plus: timely resolutions of any EOC findings with deadlines given |
| *Employee Engagement | | AES data sharing of top 3 areas noted to improve and increase sharing of metrics. Develop plan to show an improvement of 1% of FY 19 Baseline | FS Plus: make improvement of 4% on 2- of 3 areas implemented by 9/30/20 with documented successes from FY 18 baseline |
| *Optimize Employee Performance to practice at top of licensure, certification or training, and identify areas of waste. | | 80% of proficiencies appraisals are completed timely | 90% of all proficiencies are completed timely |
| *Excellence in customer experience | | | |

**Leading People (20%)**

| Performance Standard | Critical/ Non-critical Element | Fully Successful | Exceptional |
|---|---|---|---|
| **Business Acumen (10%)** *Nurse Managers will take ownership of the budget for their areas of influence | Non-Critical | Identifies, documents and implements efforts in at least 1 area to improve efficiency. | FS Plus: makes measurable progress in efficiency in 2 areas |
| *Improve accuracy and Quality of Clinical Documentation | | Service will conduct random consult audits of at least 10% of volume with an accuracy rate of 80% to performance standards | Service will conduct random consult audits of at least 10% of volume with an accuracy rate of 90% to performance standards |
| *Labor Mapping | | Labor mapping will be completed timely 80% of the time | Labor mapping will be completed timely 90% of the time |
| *OT report | | OT reports submitted timely with justification to need 90% of the time. NM will update staffing methodology and staffing tool to justify need for any staffing adjustments. NM will develop an understanding of the budget tool. | FS Plus: actions to decrease OT |
| *Budget Tool over CC Consults | | Clarified control of budget is to OT/work performance-found on budget share point site. | NM will be able to manage budge effectively and demonstrate fiscal responsibility with authorization of consults. |
| **Building Coalitions (10%)** *will perform as a highly functional team with multiple internal coalitions and partnerships to produce a seamless Veteran experience | Critical | Unit Based councils (UBS) will be fully functional within dept. | 2 UBC projects will be implemented within depart. With demonstrated positive outcomes |

USA_000448

| Performance Standard | Critical/ Non-critical Element | Fully Successful | Exceptional |
|---|---|---|---|
| | | Improvement of CC operations | |
| | | Engages in internal and external stake holders to integrate services within local capacity and CCN. | Facilitates a smooth transition from TriWest to Optum for all Community Care Consults. Ensure adequate CCN is established and provide a plan to minimize gaps. | FS Plus: assess the health of CC program and authorization processes to ensure auth. Are entered prior to care rendered. Measured with retro authorizations <10% Gaps is specialty services is <10% |
| | | Will participate in interdisciplinary teams to ensure smooth transition of veteran care needs from in-house services to CC services. | Develop process changes that were adopted by internal and/or external customers with evidence based data to show impact. |
| **Results Driven (40%)** | | | |
| Quality-Improve overall value and effectiveness of care | Critical | Participate in Quality Improvement team initiative achieving movement to next quartile for that domain. | Participate in Team specific to CC department and achieving movement to next quarter for that domain. |
| * Performance Measures (PM) to include pending to active in 48 hours or less, active to scheduled in 7 days or less from entry date, 30 days from entry date to scheduled appointment, and 90 days from entry date to close of consult with records retrieved and indexed | | Monitoring of PM data with analysis of DC consults with reason codes. | Will demonstrated education and improved outcome reflected from education of services in PM and decrease number of DC due to anything other than closed with records |
| | | Consult PM of Pending, Active, Scheduled, and Closed processes assessed to achieve CC depart. rate of 10% improvement over baseline or maintain a score of 90% or better | FS Plus: CC Dept. will achieve a greater than 25% improvement over baseline or maintains a score of 95% or greater. |

*Improvement of CC operations

_____
Signature of Employee

3/26/20
Date

*Improvement of referral timeliness by improving consult management

CC Department will demonstrate improvement to ensure all Request for Services (RFS) are addressed within 7 days of receipt.

FS Plus: CC Department will demonstrate ability to meet and exceed the VISN set goals for all CC Consult Management performance metrics

USA_000450