# incident from 3/5/21


Profit, Crystal G.
To Butler, Toya D.

You replied to this message on 3/10/2021 9:25 AM.

At approximately 10:45a, Ruth came into my office to look for cubicle keys. She laughed and said:

Ruth: I just love when you wear that hat.

Crystal: Why

Ruth: Tanesha used to say "I hate when African American women wear those thangs, it makes them look like aunt Jemima"

Crystal: OH!

Pleae note, that I was not wearing a hat. I was wearing an infinity scarf that I wrapped tightly around my hair. If Tanesha Burks did in fact make this statement, African American woman.





**From:** Crawford Jr, Robert L. <Robert.Crawford@va.gov>
**Sent:** Wednesday, March 10, 2021 12:06 PM
**To:** Butler, Toya D. <Toya.Butler@va.gov>
**Subject:** Statement

7

USA_000733

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**U.S. Department of Veterans Affairs**
Veterans Health Administration

May 12, 2021                                                        Reply Refer To: 589A7/HR

Ruth Duda
Chief of Community Care
Robert J. Dole VA Medical Center
Wichita, KS 67218

SUBJECT: Proposed Reprimand

1. I am proposing to reprimand you for the following reason:

    **CHARGE (1): Inappropriate Comment**

    **SPECIFICATION:** On March 5, 2021 you made a comment to your subordinate employee, Crystal Profit, that was considered as derogatory in nature. Specifically, you stated "I personally like your scarf and felt it was a fashion statement. I never understood Tenesha stating it looked like Aunt Jemimah" or words to that effect. That statement was inappropriate and should not have been made by a supervisor.

2. **PREVIOUS DISCIPLINE**: You have no previous disciplinary actions, which will be considered by the Deciding Official in determining the appropriate level of discipline, if the above reason is sustained. You may reply orally or in writing, or both orally and in writing, with respect to these factors, and you may submit supporting evidence, including affidavits. In this regard, you may make a statement expressing your views as to the consideration to be given to the past record in determining proper action.

3. **RIGHT TO REPLY**: In accordance with 38 U.S.C.§ 7463, which was modified by Public Law 115-41, Section 208 on June 23, 2017, the time period for you to respond to this notice of proposed reprimand is 7 business days from receipt of this notice. Business days are defined as Monday through Friday, in Washington D.C., excluding Federal holidays. If you chose to reply you may do so orally, or in writing, or both orally and in writing, and you may submit affidavits and other documentary evidence in support of your reply, showing why the charge is unfounded and any other reasons the proposed action should not be effected. If you elect to submit a written reply it must be submitted to Candace Ifabiyi, Medical Center Director, and received no later than 11:59 p.m. 7 business days from receipt of this notice. If you wish to present an oral reply to the Deciding Official, it is your responsibility to contact Craig Ruhl, Administrative Officer at ext. 53601, as soon as possible to make an appointment with Ms. Ifabiyi in

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        USA_000754

sufficient time to ensure the meeting is convened prior to the expiration of the statuary deadline of 7 business days in which to reply to a proposed action.

4. **RIGHT TO REPRESENTATION**: You may be represented by an attorney or other representative of your choice at all stages of this matter, up to and including the issuance of the decision. Any representative must be designated in writing.
5. **RIGHT TO REVIEW EVIDENCE**: The evidence on which this notice of proposed action is based is enclosed.
6. **FREEDOM TO PRESENT DEFENSE**: Be assured that you and your representative have freedom from restraint, interference, coercion, discrimination, or reprisal in discussing, preparing, and presenting a defense.
7. **DECISION:** The final decision to effect the action proposed has not been made. Ms. Ifabiyi, who will make the final decision, will give full and impartial consideration to your reply(ies), if submitted. You will be given a written decision within 15 business days of the date you receive the notice of proposed action. If an action is effected, the applicable grievance or appeal rights will be included in the decision letter.
8. **EMPLOYEE ASSISTANCE PROGRAM:** If you feel that you have been experiencing personal issues affecting your mental and emotional well-being, such as stress, grief, anxiety, depression, family problems, substance abuse, and psychological disorders, the Employee Assistance Program (EAP) is available at no cost to you. If you wish to utilize this confidential voluntary service, please call (800) 608-4371 to speak with a representative.
9. If you have any questions or do not understand the above reason(s) why this action is proposed, please Dawn Rodgers, at (316) 651-3625 ext.58034 or email at Dawn.Rodgers@va.gov.

_____
GEETHA RAMESH, MD
Acting Chief of Staff

Acknowledgment of Receipt

_____ / 5-12-21
Employee Signature                    Date

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    USA_000755



**DEPARTMENT OF VETERANS AFFAIRS**
**OFFICE OF RESOLUTION MANAGEMENT**
**Continental District**
**2002 Holcombe Blvd. Bldg.110**
**Houston, TX 77030**

Written Affidavit of Crystal Profit
in the Matter of the EEO Complaint of Discrimination filed by

| | |
|---|---|
| Crystal Profit | ) |
| Complainant | ) |
| | ) |
| v. | ) Case No. 2003-589W-2021102683 |
| | ) |
| Secretary Department of Veterans Affairs | ) |
| 810 Vermont Avenue, NW | ) |
| Washington, DC 20420 | ) |
| Respondent | ) |
| | ) |
| | ) |
| Facility: Robert J. Dole VA Medical Center | ) |
| 5500 East Kellogg | ) |
| Wichita, Ks 67218 | ) |
| | ) |
| | ) |
| | ) |
| | ) |

### ACCEPTED CLAIM

The accepted claim under investigation:

Affiant's Initials: CP  Date: 6/11/2021

000673

**Whether on the bases of race (Black) and sex (female), the complainant was subjected to a hostile work environment as evidenced by the following:**

1. On July 3, 2019, Ruth Duda (RD), Chief, Office of Community Care, held a meeting with the complainant, and her colleagues, whereby they were placed on notice about the enforcement of the VA dress code.

2. On March 5, 2021, and dates prior, RD stated to the complainant, "Tanisha Burks used to say, I just hate when African-American women wore those things, it makes them look like Aunt Jemima," referring to what she (complainant), was wearing.

3. On March 11, 2021, RD stated to the complainant that she was too "sensitive" about her race, and then reminded her, "how much she has fought for me (complainant), personally and financially," in an effort to apologize to her for the aforementioned statement.

4. On March 30, 2021, an unnamed Human Resources Specialist, stated to the complainant, this is "a fair/informational warning," regarding a scarf she was wearing on her head.

### (SEE BELOW FOR RELATED EVENTS AND QUESTIONS)

I, Crystal Profit, solemnly swear/affirm that the responses and documents I provide in response to the following questions are true and complete to the best of my knowledge and belief.
**Respond: Yes**

Do you have a representative? If yes, please provide your representative's name and contact information.
**Respond: No**

Affiant's Initials: CP  Date: 6/11/2021

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

USA_004304

**Please answer the following questions:**

**INTRODUCTORY QUESTIONS**

Please provide your full legal name for the record.
**Respond: Crystal Gayle Profit**

Please identify the Department of Veterans Affairs (VA) facility, organization, and location where the alleged events of this claim occurred (include city and state).
**Respond: Robert J Dole, VHA, Wichita Kansas**

Please identify the section and service or department and division that you were assigned during the time of the events of this claim.
**Respond: Office of Community care (OCC)**

Please identify the VA facility, organization, and location for which you currently work (include city and state).
**Respond: Robert J Dole, VHA, Wichita Kansas**

Please identify the section and service or department and division for which you currently work.
**Respond: Office of Community care (OCC)**

Please identify your current position title and grade.
**Respond: Supervisory medical support assistant GS-8**

Please identify the position title and grade you held during the time of the events of this claim.
**Respond: Supervisory medical support assistant GS-8**

- When did you start working in this position?
  **Respond: May 2020**

Affiant's Initials: CP  Date: 6/11/2021

000675

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

USA_004305

- When did you start work for the VA? (Date)
  **Respond: May 2015**

## BACKGROUND QUESTIONS

Who was your 1st level (direct) supervisor during the time of the events of this claim?
**Respond: Toya Butler**

Who was your 2nd level supervisor (supervisor's supervisor) during the time of the events of this claim?
**Respond: Ruth Duda**

What is your Race?
**Respond: African American**

What is your Color?
**Respond: Black**

What is your Sex?
**Respond: Female**

## RMO(s) IDENTIFICATION

Identify the management official(s) who you are alleging discriminated against you in the workplace. (provide full name and job title)
**Respond: Ruth Duda, Chief of OCC (office of community care)**

Affiant's Initials: CP  Date: 6/11/2021

000676

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
USA_004306

For each identified management official indicate **how** (observation, conversation, documentation) and **when** (provide month and year) he or she became aware of your Race, Color, Sex?
**Respond: When becoming the new Chief of OCC (approx. 2017)**

### HARASSMENT POLICY

**HOSTILE WORK ENVIRONMENT HARASSMENT: is unwelcome personal slurs or other denigrating, intimidating, or insulting verbal or physical conduct that shows hostility toward a person; that the harassment was sufficiently severe or pervasive to have the purpose or effect of unreasonably interfering with the complainant's work performance, or had an effect of intimidating, hostile, or offensive work environment, or adversely affecting the employment opportunities.**

Does your facility have a harassment / anti-harassment policy?
**Respond: Please see attached**

**If yes,**

- What does the policy say that you should do if you believe you have witnessed or been subjected to harassment or a hostile work environment?
  **Respond: Pleae see attached**

- Have you taken / Did you take/the Department of Veteran Affairs harassment training course: Prevention of Workplace Harassment / No FEAR?
  **Respond: Yes**
  **5/22/2015**
  **6/26/2017**
  **7/1/2019**
  **(Due again on 6/29/21)**

Affiant's Initials: CP  Date: 6/11/2021

000649

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
USA_004307

- Have you received training on how to deal with allegations hostile work environment harassment? If so, indicate when?
    **Respond: Yes, but unsure of dates as I am a new supervisor, and this specific training is required.**

- What is your understanding of management's role and responsibility once an allegation of harassment is put forth by an employee?
    **Respond:**
    **Supervisors or managers who observe or are notified of harassing conduct are required to assess the situation immediately and consult with their local Harassment Prevention Coordinator or the Harassment Prevention Program within ORM**
    **Employees may also raise allegations of discrimination to their supervisor or a management official in their chain of command. Additionally, employees may raise discrimination issues through VA's Negotiated Process or Administrative Grievance Process.**
    **Employees may initiate the complaint process by calling ORMDI at 888-566-3982, option 2**

## CONFIRMATION of CLAIMS

Regarding the four (4) harassment incidents below, did they all occur as stated if not, please clarify each event (please indicate, "correct as stated" and/or clarify the event)

1. On July 3, 2019, Ruth Duda (RD), Chief, Office of Community Care, held a meeting with the complainant, and her colleagues, whereby they were placed on notice about the enforcement of the VA dress code.

    Did this event occur when and as stated in the event statement <u>above</u>? (indicate "correct as stated" or correct / clarify the statement accordingly)
    **Respond: correct as stated**

2. On March 5, 2021, and dates prior, RD stated to the complainant, "Tanisha Burks used to say, I just hate when African-American women wore those things, it makes them look like Aunt Jemima," referring to what she (complainant), was wearing.

Affiant's Initials: CP  Date: 6/11/2021

000678

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

USA_004308

Did this event occur when and as stated in the event statement <u>above</u>? (indicate "correct as stated" or correct / clarify the statement accordingly)
**Respond: correct as stated**

3. **On March 11, 2021, RD stated to the complainant that she was too "sensitive" about her race, and then reminded her, "how much she has fought for me (complainant), personally and financially," in an effort to apologize to her for the aforementioned statement.**

Did this event occur when and as stated in the event statement above? (indicate "correct as stated" or correct / clarify the statement accordingly)
**Respond**: Clarification:



4. **On March 30, 2021, an unnamed Human Resources Specialist, stated to the complainant, this is "a fair/informational warning," regarding a scarf she was wearing on her head.**

Did this event occur when and as stated in the event statement above? (indicate "correct as stated" or correct / clarify the statement accordingly)
**Respond: correct as stated**

How were you harassed and discriminated against based on Race - Black, Color, Sex - Female regarding events 1-4?
**Respond: Ms. Duda provided an unwelcomed, insulting slur as the "Aunt Jemima" has been changed 6 times since 1889, and currently (2021) holds a picture of an African American woman with curly hair. The "Aunt Jemima" she was compared me to is the original from 1889. (see attached)**

Affiant's Initials: CP  Date: 6/11/2021

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                      USA_004309

Do you believe there was anything you did that could have incited this behavior/actions against you by management regarding events 1-4?
**Respond: Yes, I never spoke up when this had happened in the past from Ms. Duda.**


Did you discuss the claims listed in this instant complaint with an appropriate management official and/or Human Resources that you felt you were harassed or worked in an intimidating, hostile, or offensive work environment?
**Respond: Yes**

If yes,

– Who did you notify (list first name, last name, job title)?
**Respond: Toya Butler, Supervisory Program Specialists**


– When (month and year if you cannot remember exact date)?
**Respond: Friday, March 5th, 2021**


– What was his / her response?
**Respond: Immediate concern and then asked if I would like for her to speak with Ms. Duda about the situation, informed me that she would update me on how the meeting went.**


– What was the outcome of the discussion?
**Respond: 4 days later, Ms. Duda called me via Microsoft Teams, the emailed myself and supervisor with an attempted apology.**


If no,

– Why not?
**Respond:**


Affiant's Initials:  CP  Date: 6/11/2021

000634

Why do you believe management created a hostile work environment based on Race - Black, Color, Sex - Female when these events occurred?
**Respond: I could not just "walk out" (as she is the leader of my department) after being exposed to her statement or defend myself due to fear of being labeled "the angry black woman". Not being able to do anything about the racism I had just endured I became frustrated, and unable to focus on any of my normal duties. I began to google "aunt Jemima" and came across Emmett Till who was hung to death for "making a statement" to a Caucasian woman, while this Caucasian woman just made a statement to me which could possibly go unnoticed. I was unable to focus.**

What evidence do you have to substantiate these allegations?
**Respond: emails, see attached**

Did anyone make any threats or unwelcome physical contact or subject you to verbal, visual, or written communication related to your Race - Black, Color, Sex - Female that was disparaging, denigrating, or humiliating in nature?
**Respond: Yes**

**If yes,**

- Who? (provide full name and job title)

**Respond: Ruth Duda**

- What did he or she say or do?

**Respond: See above**

- When? (provide month and year if you cannot remember exact date)

**Respond: March 5, 2021**

Affiant's Initials: CP  Date: 6/11/2021

000653

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

USA_004311

- How often?

**Respond: Once**

Are you aware of a co-worker comparable to you who was treated differently than you under the same or similar circumstances? Please provide (name and job title)
**Respond: No**

Were you able to perform your duties notwithstanding the harassment and hostile environment you alleged occurred against you? If no, explain
**Respond: No. I could not just "walk out" (as she is the leader of my department) after being exposed to her statement or defend myself due to fear of being labeled "the angry black woman". Not being able to do anything about the racism I had just endured I became frustrated, and unable to focus on any of my normal duties. I began to google "aunt Jemima" and came across Emmett Till who was hung to death for "making a statement" to a Caucasian woman, while this Caucasian woman just made a statement to me which could possibly go unnoticed. I was unable to focus.**

If you were harmed, how were you harmed and affected regarding events 1 -4, in this instant complaint?
**Respond: I was emotionally harmed and felt penalized for being black.**

Is there anything else you would like to add that is relevant regarding events 1-4 in this instant complaint that is accepted for investigation, if so, please do so here?

**See attached**

Regarding all claims listed in this instant complaint how did the matters in this complaint impact a term, condition, or benefit of your employment? (e.g. Did the activities or events outlined in your complaint affect your career, salary, grade, or benefits?) If so, how?
**Respond: No**

Affiant's Initials: CP  Date: 6/11/2021

000654

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
USA_004312

Regarding all claims listed in this instant complaint how were you discriminated against on the bases of Race - Black, Color, Sex - Female with regards to the matters outlined in this complaint?
**Respond: Per above**
**Ms. Duda provided an unwelcomed, insulting slur as the "Aunt Jemima" has been changed 6 times since 1889, and currently (2021) holds a picture of an African American woman with curly hair. The "Aunt Jemima" she was compared me to is the original from 1889. (see attached)**

Are you aware of direct evidence to support your claim of discrimination on the bases Race - Black, Color, Sex - Female? If yes, describe the evidence; forward any documentation that you have to this investigator along with your affidavit.
**Respond: per above, and see attached**

Is there anything else you would like to add that is relevant to the issues accepted for investigation?
**Respond: No**

### CONCLUDING QUESTIONS

What are you seeking in terms of resolution regarding this EEO complaint?
**Respond:**
**1. For leadership to be held accountable.**
**2. racial injustice to not be swept under the rug.**
**3. To not have to feel as if I need to put on an "armor suit" before walking into work.**
**4. To no longer have to work with Ms. Duda**

Affiant's Initials: CP  Date: 6/11/2021

000653

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
USA_004313

Please NOTE THAT ORM RESERVES THE RIGHT TO SUPPLEMENT OR ASK ADDITIONAL QUESTIONS AS THE INVESTIGATION REQUIRES.

The above information has been furnished without a pledge of confidence and I understand that it may be shown to any interested party[ies] with a need to know for this complaint. This includes but is not limited to VA, EEOC, contracting officials with a need to know during the course and scope of the informal and formal EEO process including administrative procedures and litigation as applicable and mandated by law.

This statement (affidavit) is made under penalty of perjury on this 11th day of June 2021.

**CRYSTAL PROFIT**
Digitally signed by CRYSTAL PROFIT
Date: 2021.06.22 15:45:24 -05'00'

**Crystal Profit, Affiant**

Affiant's Initials: CP Date: 6/11/2021

000654

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

USA_004314



**U.S. Department of Veterans Affairs**
Veterans Health Administration

May 12, 2021                                    Reply Refer To: 589A7/HR

Ruth Duda
Chief of Community Care
Robert J. Dole VA Medical Center
Wichita, KS 67218

SUBJECT: Proposed Reprimand

1. I am proposing to reprimand you for the following reason:

    **CHARGE (1): Inappropriate Comment**

    **SPECIFICATION:** On March 5, 2021 you made a comment to your subordinate employee, Crystal Profit, that was considered as derogatory in nature. Specifically, you stated "I personally like your scarf and felt it was a fashion statement. I never understood Tenesha stating it looked like Aunt Jemimah" or words to that effect. That statement was inappropriate and should not have been made by a supervisor.

2. **PREVIOUS DISCIPLINE:** You have no previous disciplinary actions, which will be considered by the Deciding Official in determining the appropriate level of discipline, if the above reason is sustained. You may reply orally or in writing, or both orally and in writing, with respect to these factors, and you may submit supporting evidence, including affidavits. In this regard, you may make a statement expressing your views as to the consideration to be given to the past record in determining proper action.

3. **RIGHT TO REPLY:** In accordance with 38 U.S.C.§ 7463, which was modified by Public Law 115-41, Section 208 on June 23, 2017, the time period for you to respond to this notice of proposed reprimand is 7 business days from receipt of this notice. Business days are defined as Monday through Friday, in Washington D.C., excluding Federal holidays. If you chose to reply you may do so orally, or in writing, or both orally and in writing, and you may submit affidavits and other documentary evidence in support of your reply, showing why the charge is unfounded and any other reasons the proposed action should not be effected. If you elect to submit a written reply it must be submitted to Candace Ifabiyi, Medical Center Director, and received no later than 11:59 p.m. 7 business days from receipt of this notice. If you wish to present an oral reply to the Deciding Official, it is your responsibility to contact Craig Ruhl, Administrative Officer at ext. 53601, as soon as possible to make an appointment with Ms. Ifabiyi in

---

sufficient time to ensure the meeting is convened prior to the expiration of the statuary deadline of 7 business days in which to reply to a proposed action.

4. **RIGHT TO REPRESENTATION:** You may be represented by an attorney or other representative of your choice at all stages of this matter, up to and including the issuance of the decision. Any representative must be designated in writing.

5. **RIGHT TO REVIEW EVIDENCE:** The evidence on which this notice of proposed action is based is enclosed.

6. **FREEDOM TO PRESENT DEFENSE:** Be assured that you and your representative have freedom from restraint, interference, coercion, discrimination, or reprisal in discussing, preparing, and presenting a defense.

7. **DECISION:** The final decision to effect the action proposed has not been made. Ms. Ifabiyi, who will make the final decision, will give full and impartial consideration to your reply(ies), if submitted. You will be given a written decision within 15 business days of the date you receive the notice of proposed action. If an action is effected, the applicable grievance or appeal rights will be included in the decision letter.

8. **EMPLOYEE ASSISTANCE PROGRAM:** If you feel that you have been experiencing personal issues affecting your mental and emotional well-being, such as stress, grief, anxiety, depression, family problems, substance abuse, and psychological disorders, the Employee Assistance Program (EAP) is available at no cost to you. If you wish to utilize this confidential voluntary service, please call (800) 608-4371 to speak with a representative.

9. If you have any questions or do not understand the above reason(s) why this action is proposed, please Dawn Rodgers, at (316) 651-3625 ext.58034 or email at Dawn.Rodgers@va.gov.

_____
GEETHA RAMESH, MD
Acting Chief of Staff

Acknowledgment of Receipt

_____    5-12-21
Employee Signature            Date