# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **DASHAUN MCCRAY,** | ) |
| | ) |
| Plaintiff, | ) Case No. 2:22-cv-02154-DDC-ADM |
| | ) |
| v. | ) |
| | ) |
| **DENIS McDONOUGH, M.D., SECRETARY** | ) |
| **DEPARTMENT OF VETERANS' AFFAIRS** | ) |
| | ) |
| Defendants. | ) |

## MOTION TO REQUEST CHAMBERS TO REMOVE OR STRIKE EXHIBIT FILED UNDER SEAL

**COMES NOW** Plaintiff, DaShaun McCray, by and through her counsel of record and hereby requests the Honorable Court to remove or strike an exhibit that was to be filed under seal. As grounds for this Motion, Plaintiff states as follows:

1. Defendant filed his Motion for Summary Judgment on September 15, 2023.

2. Plaintiff filed her Response to Summary Judgment on December 1, 2023.

3. Plaintiff's Response had several exhibits attached, numbered 1 through 17.

4. Exhibit 17 (which is labeled Exhibit 18 because there is no Exhibit 15) was initially filed under seal.

5. On December 6, 2023, the exhibits to Plaintiff's response were filed.

6. Although Exhibit 17 was originally filed under seal, it was inadvertently attached to the other exhibits in the December 6 filing.

7. Plaintiff's counsel's assistant contacted the Court Clerk, and was told to file a Provisionally Sealed Exhibit and a Notice of Proposed Sealed Record, after which time the unsealed document would be removed from the docket.

8. To date, the exhibit remains on the docket.

9. Plaintiff's counsel's assistant called the Court Clerk again today, and was told she would need to file a motion to have Chambers remove the exhibit from the docket. This is that motion.

WHEREFORE, Plaintiff requests that Chambers remove Exhibit 17 from the exhibits filed on December 6, 2023.

Respectfully submitted,


*/s/ Rebecca M. Randles*
REBECCA M. RANDLES                KS #16832
**RANDLES MATA, LLC**
851 NW 45th Street
Suite 310
Gladstone, Missouri 64116
(816) 931-9901
(816) 931-0134 (FAX)
rebecca@randlesmatalaw.com


**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of December, 2023, a true and correct copy of this pleading was served via ECF/Pacer to all counsel of record.

                                                 */s/ Rebecca M. Randles*
                                                 Attorney for Plaintiff