# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**DASHAUN MCCRAY,**

         **Plaintiff,**

v.                                                         Case No. 22-2154-DDC

**DENIS MCDONOUGH, M.D,**
**in his capacity as Secretary of the**
**Department of Veterans Affairs,**

         **Defendant.**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Plaintiff recovers nothing, the action is dismissed on the merits, and the defendant shall recover costs from plaintiff consistent with the Memorandum and Order (Doc. 153) filed on August 27, 2024.**

    08/27/2024                                                  SKYLER B. O'HARA
        Date                                                      CLERK OF THE DISTRICT COURT

                                                                   by:   s/ Megan Garrett
                                                                             Deputy Clerk