# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF KANSAS

| | |
|---|---|
| DaSHAUN McCRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-02154 |
| | ) |
| DENNIS MCDONOUGH, Secretary | ) |
| UNITED STATES DEPARTMENT OF | ) |
| VETERAN AFFAIRS | ) |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL
## TO THE COURT OF APPEALS FOR THE TENTH CIRCUIT

Notice is hereby given that I, DaShaun McCray, the Plaintiff, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on the 27th day of August 2024.

Respectfully submitted,

*/s/ Rebecca M. Randles*
REBECCA RANDLES                    MO #40149
**RANDLES MATA, LLC**
851 NW 45th Street
Suite 310
Kansas City, Missouri 64116
(816) 931-9901
(816) 931-0134 (FAX)
rebecca@rmblawyers.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of October, 2024, I electronically filed the above document with the Clerk of the Court using the ECF system, which sent notification of this filing to all counsel of record.

/s/ *Rebecca M. Randles*
Attorney for Plaintiff