# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

**SKYLER B. O'HARA**
CLERK
E-MAIL: Skyler_OHara@ksd.uscourts.gov
(913) 735-2220

**KIM LEININGER**
CHIEF DEPUTY CLERK
E-MAIL: Kim_Leininger@ksd.uscourts.gov
(913) 735-2205

Topeka, Kansas

November 21, 2024

204 U.S.COURTHOUSE
401 N. MARKET
WICHITA, KS 67202

490 U.S.COURTHOUSE
444 NE QUINCY
TOPEKA, KS 66683

Clerk, U.S. Court of Appeals
  for the Tenth Circuit

District Court Case No.:  22-2154-DDC

Circuit Appeal No.:  24-3159

Dear Clerk,

Please be advised that the record is complete for the purposes of appeal.

_____  The transcript was filed this date.

\_\_\_X\_\_\_  A transcript is not necessary for this appeal.

_____  The necessary transcript is already on file in the U.S. District Court.

_____  The necessary transcript was ordered previously in Appeal No. _____.

Sincerely,

SKYLER B. O'HARA, CLERK

By: s/ M. Stamper, Deputy Clerk
_____

Cc: Counsel of Record (**SEE NOTICE OF ELECTRONIC FILING**)